Chairman of County Court of Claiborne County, for use of the County Trustee *v.* Thomas L. W. Sawyers and his Sureties.

PRACTICE AT LAW.—*Motion against officers and Sureties.—Nol. Pros.*

In a motion against an officer and his sureties, a *nol. pros.* entered as to one of the sureties is fatal to the entire motion.

This was a motion against an officer and the sureties in his official bond. A *nolle prosequi* was entered as to one of the sureties, and the motion was sought to be prosecuted against the principal and the remaining sureties. Could this be done?

McKinney, J :

A motion will not lie against part of the surties in such a case, and the dismissal of the motion as to one of them is fatal to the whole proceeding. [1]

*Motion dismissed without prejudice.*

(1) Rice v. Kirkman, 3 Humph 415, 418; Houston v. Dougherty, 4 Humph, 505, 6; Jones v. Henderson, *Supra,* last case; Code, 3583 *et seq.*